Todd Blanche
Attorney General of the United States
Alan Aguirre-Rivera
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 808-0894

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 04 2026
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR ROLANDO GARCIA-LOPEZ
(a/k/a "Santiago Cardona-Hernandez"),

Defendant.

4:26-CR-6041-MKD

INDICTMENT

Vio: 8 U.S.C. § 1326
Alien in the United States
After Deportation

The Grand Jury charges:

On or about October 16, 2026, the Defendant, VICTOR ROLANDO GARCIA-LOPEZ (a/k/a "Santiago Cardona-Hernandez"), a citizen and national of Guatemala, who had theretofore been denied admission, excluded, deported, or removed from the United States on or about July 20, 2018, at Phoenix, Arizona, was found in the United States, in the Eastern District of Washington, and he did not then have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland Security

(6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 4 day of November, 2026.

[redacted]

Todd Blanche
Attorney General

Alison L. Gregoire
Criminal Chief

Alan Aguirre-Rivera
Assistant United States Attorney